IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN M. BUNNELL,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-830-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of defendant Michael J. Astrue, Commissioner of Social Security, denying plaintiff Susan M. Bunnell's application for Disability Insurance Benefits and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g).

_____    2/4/13
Peter Oppeneer, Clerk of Court          Date