IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN BUNNELL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-830-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, to David Traver in the total amount of $6,120.14 for his representation of plaintiff Susan Bunnell.

| /s/ | 5/16/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |